# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletree.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

November 3, 2023

**BY ECF**

The Honorable John P. Cronan
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Doncouse v. Tourneau, LLC and Midtown Equities, LLC,*
              Case No.: 1:23-cv-01256 (JPC)

Dear Judge Cronan:

    We represent defendants Tourneau, LLC and Midtown Equities, LLC (collectively, "Defendants") in the above-referenced action. Further to Your Honor's Order dated November 2, 2023 (Docket No. 28), in accordance with Rule 3.B of Your Honor's Individual Rules and Practices, and on behalf of all parties, we respectfully write to (i) notify the Court that, based on the parties' recent communications concerning the case, Plaintiff no longer requests a conference pursuant to Local Rule 37.2; (ii) request an extension of the fact discovery deadline from November 2, 2023, until January 2, 2024; and (iii) request corresponding sixty-day extensions of those deadlines in the Civil Case Management Plan and Scheduling Order (Docket No. 23) that have not yet elapsed.

    Following Your Honor's November 2, 2022 Order regarding Plaintiff's initial request for a conference pursuant to Local Rule 37.2, the parties held a constructive meet-and-confer regarding outstanding discovery and settlement issues. To afford the parties sufficient opportunity to permit their ongoing settlement dialogue to reach its natural conclusion, and complete that discovery which remains outstanding, they respectfully submit this request.

    In light of the foregoing, the parties respectfully submit for Your Honor's consideration the attached proposed revised scheduling order, which provides for the deadlines proposed above.

    Thank you for Your Honor's consideration of this request.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

The Honorable John P. Cronan
November 3, 2023
Page 2

                                                    Respectfully submitted,

                                                    OGLETREE, DEAKINS, NASH,
                                                     SMOAK & STEWART, P.C.

                                                    By: */s/ Evan B. Citron*
                                                              Evan B. Citron

Attachment

cc:    All counsel of record (by ECF)

The Court thanks the parties for this update. The extension requests are granted, and the Court will separately issue the Amended Case Management Plan, in which the Court further directs the parties to submit a joint status update on or before April 8, 2024. The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 26, 27, and 29.

SO ORDERED.
November 7, 2023
New York, New York

                                                          JOHN P. CRONAN
                                          United States District Judge